**Jack FERRANTI, Plaintiff–Appellant,**

v.

**DEPARTMENT OF JUSTICE, Defendant–Appellee.**

No. 05–1256.

United States Court of Appeals, Federal Circuit.

May 2, 2005.

*ORDER*

We treat Jack Ferranti's submission as an unopposed motion to transfer his appeal of the decision of the United States District Court for the District of Columbia in *Ferranti v. Justice*, No. 03–CV–2385 (Jan. 28, 2005), to the United States Court of Appeals for the District of Columbia Circuit.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.